UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| T. Y., ) | |
| A. Y., ) | |
| J. Y., ) | |
|  ) | |
| Plaintiffs, ) | |
|  ) | |
| v. ) | No. 3:22-cv-00015-RLY-MPB |
|  ) | |
| SOUTH GIBSON CORPORATION BOARD OF ) | |
| TRUSTEES, ) | |
| SOUTH GIBSON SCHOOL CORPORATION, ) | |
| S. W., ) | |
| K. W., ) | |
| C. W., ) | |
|  ) | |
| Defendants. ) | |

**ORDER GRANTING MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

This matter is before the Court on Plaintiffs' Motion for Leave to Proceed Under Pseudonym (Dkt. No. 4), and being duly advised in the premises, hereby **GRANTS** Plaintiffs' Motion for Leave to Proceed Under Pseudonym.

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Leave to Proceed Under Pseudonym is granted;

2. Plaintiffs may proceed under the pseudonyms "A.Y.," "J.Y.," and "T.Y.";

3. Defendants S.W., K.W., and C.W. may proceed under pseudonyms "S.W.," K.W.," and "C.W.";

4. All exhibits, memoranda, affidavits, and other papers filed with the Court in connection with this cause of action be written or redacted to refer to Plaintiffs and individual Defendants S.W., K.W., and C.W. by their initials only;

5. Defendants, Defendants' counsel, Defendants' agents, Defendants' employees, Defendants' assigns, or any other recipients of the actual names of the pseudonymous parties shall not further disclose said names to anyone, including without limitation, the public, law enforcement, or the media, without leave of Court;

6. Defendants, Defendants' counsel, Defendants' agents, Defendants employees, Defendants' assigns, and all other recipients of the true names of the pseudonymous parties shall use the names for purposes of this litigation, for legitimate purposes relating to Defendants' operations, and for no other purposes; and

7. The provisions of this Order shall survive the termination of this litigation.

Dated: March 7, 2022

_Matthew P. Brookman_
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the court's ECF system.