IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| T.Y., a Minor, by his parents and next friends A.Y. and J.Y., and A.Y. and J.Y., as Individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH GIBSON SCHOOL CORPORATION, SOUTH GIBSON SCHOOL CORPORATION BOARD OF TRUSTEES, S.W., K.W., and C.W., a Minor<br><br>Defendants. | No. 3:22-cv-00015-RLY-MPB |

**ORDER GRANTING MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

This matter is before the Court on Plaintiffs' Motion to Maintain Documents Under Seal, and being duly advised in the premises, hereby **GRANTS** Plaintiffs' Motion to Maintain Documents Under Seal.

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion to Maintain Documents Under Seal is granted; and
2. Plaintiffs' Proposed Summonses to Defendants S.W., K.W., and C.W. shall be maintained under seal.

Dated: March 16, 2022

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.